**Evan D. GAMMILL and Dorothea E. Gammill, Appellants,**

v.

**W. Joseph KETCHERSIDE, M.D., Respondent.**

**No. WD 53156.**

Missouri Court of Appeals, Western District.

Dec. 16, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 1998.

Don B. Roberson, Kansas City, for Appellants.

J. Michael Shaffer, Charles H. Stitt, Kansas City, for Respondent.

Before HOWARD, P.J., and BRECKENRIDGE and HANNA, JJ.

#### ORDER

PER CURIAM.

Appeal from a judgment in a medical malpractice action.

Affirmed. Rule 84.16(b).